IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF TEXAS; JOSEPH C. PARKER, Jr.; HECTOR FLORES; SANFORD LEVINSON; YVONNE M. DAVIS; MARY RAMOS; GLORIA RAY; GUADALUPE TORRES; RAY VELARDE; and DORIS WILLIAMS, <br><br>      Plaintiffs, <br><br>    v. <br><br>GREGORY WAYNE ABBOTT, in his official capacity as Governor of the State of Texas; and ROLANDO PABLOS, in his official capacity as Secretary of State of the State of Texas, <br><br>      Defendants. | Case No. 5:18-cv-00175 |

## JOINT STATEMENT OF INTENT REGARDING MEDIATION

Pursuant to this Court's Scheduling Order, Doc. 26, the parties submit a joint statement of intent regarding mediation. The parties believe that mediation will not be productive at this time. Both Plaintiffs and Defendants agree that, given their respective positions, a settlement is not possible at this stage of the litigation.

1

DATED: June 20, 2018                             Respectfully submitted,

                                                 By:  /s/ *María Amelia Calaf*
                                                  María Amelia Calaf

| | |
|---|---|
| Luis Roberto Vera, Jr. | David Boies (*pro hac vice* to be filed) |
| Texas Bar No. 20546740 | BOIES SCHILLER FLEXNER LLP |
| LULAC NATIONAL GENERAL COUNSEL | 333 Main Street |
| Attorney and Counselor at Law | Armonk, NY 10504 |
| 1325 Riverview Towers | Telephone:  (914) 749-8200 |
| 111 Soledad | Facsimile:  (213) 629-9022 |
| San Antonio, Texas 78205-2260 | DBoies@bsfllp.com |
| Telephone: (210) 225-3300 | |
| Facsimile: (210) 225-2060 | James P. Denvir, III (admitted *pro hac vice*) |
| lrvlaw@sbcglobal.net | Amy J. Mauser (admitted *pro hac vice*) |
| | Karen L. Dunn (admitted *pro hac vice*) |
| | Lisa Barclay (admitted *pro hac vice*) |
| María Amelia Calaf | Amy L. Neuhardt (admitted *pro hac vice*) |
| Texas State Bar No. 24081915 | Hamish P.M. Hume (admitted *pro hac vice*) |
| Jack A. Simms, Jr. | BOIES SCHILLER FLEXNER LLP |
| Texas State Bar No. 24100378 | 1401 New York Avenue, N.W. |
| Ryan A. Botkin | Washington, D.C.  20005 |
| Texas State Bar No. 00793366 | Telephone: (202) 237-2727 |
| Katherine P. Chiarello | Facsimile: (202) 237-6131 |
| Texas State Bar No. 24006994 | JDenvir@BSFLLP.com |
| Karen S. Vladeck | AMauser@BSFLLP.com |
| Texas State Bar No. 24102899 | KDunn@BSFLLP.com |
| W. Reid Wittliff | LBarclay@BSFLLP.com |
| Texas State Bar No. 00791951 | ANeuhardt@BSFLLP.com |
| WITTLIFF | CUTTER | AUSTIN, PLLC | HHume@BSFLLP.com |
| 1803 West Ave. | |
| Austin, Texas  78701 | |
| Telephone:  (512) 960-4730 | Michael D. Hausfeld (*pro hac vice* to be filed) |
| Facsimile:  (512) 960-4869 | Swathi Bojedla  (*pro hac vice* to be filed) |
| mac@wittliffcutter.com | HAUSFELD LLP |
| jack@wittliffcutter.com | 1700 K Street, NW, Suite 650 |
| ryan@wittliffcutter.com | Washington, DC 20006 |
| katherine@wittliffcutter.com | Telephone: (202)540-7200 |
| karen@wittliffcutter.com | Facsimile: (202)540-7201 |
| reid@wittliffcutter.com | mhausfeld@hausfeld.com |
| | sbojedla@hausfeld.com |

Randall L. Allen (*pro hac vice* to be filed)
ALSTON & BIRD LLP
1201 West Peachtree Street

| | |
|---|---|
| Atlanta, GA  30309-3424<br>Telephone:  (404) 881-7196<br>Facsimile:  (404) 253-8473<br>Randall.Allen@alston.com | Scott A. Martin (*pro hac vice* to be filed)<br>Irving Scher (*pro hac vice* to be filed)<br>Jeanette Bayoumi (*pro hac vice* to be filed)<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004 |
| Matt Herrington (*pro hac vice* to be filed)<br>Roger E. Warin (*pro hac vice* to be filed)<br>Joe R. Caldwell, Jr. (*pro hac vice* to be filed)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone:  (202) 429-3000<br>Facsimile:  (202) 429-3902<br>mherrington@steptoe.com<br>rwarin@steptoe.com<br>jcaldwell@steptoe.com | Telephone: (646)357-1100<br>Facsimile: (212)202-4322<br>smartin@hausfeld.com<br>ischer@hausfeld.com<br>jbayoumi@hausfeld.com<br><br>Jennifer D. Hackett (admitted *pro hac vice*)<br>James R. Martin (admitted *pro hac vice*)<br>Allison M. Vissichelli (admitted *pro hac vice*)<br>ZELLE LLP<br>1775 Pennsylvania Avenue, N.W., Suite 375<br>Washington, D.C.   20009<br>Telephone:  (202) 899-4100<br>Facsimile:  (202) 899-4102<br>jhackett@zelle.com<br>jmartin@zelle.com<br>avissichelli@zelle.com |
| Mark Guerrero<br>Texas State Bar No. 24032377<br>Mary Whittle<br>Texas State Bar No. 24033336<br>GUERRERO & WHITTLE PLLC<br>114 West 7th Street, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 605-2300<br>Facsimile: (512) 222-5280<br>mark@gwjustice.com<br>mary@gwjustice.com | Samuel Issacharoff<br>Texas State Bar No. 00785352<br>40 Washington Square South<br>New York, NY 10012<br>Telephone: (212) 998-6580<br>si13@nyu.edu<br><br>KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br>JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN
Attorney-in-Charge
Senior Counsel for Civil Litigation
Texas Bar No. 00798537
Tel.: (512) 463-4139; Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov

MATTHEW H. FREDERICK
Deputy Solicitor General
Texas Bar No. 24040931
Tel.: (512) 936-6407; Fax: (512) 474-2697
matthew.frederick@oag.texas.gov

TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Texas Bar No. 24081854
Tel.: (512) 936-2266; Fax: (512) 936-0545
todd.disher@oag.texas.gov

ADAM N. BITTER
Assistant Attorney General
General Litigation Division
Texas Bar No. 24085070
Tel.: (512) 475-4055; Fax: (512) 320-0667
adam.bitter@oag.texas.gov

CRISTINA M. MORENO
Assistant Attorney General
General Litigation Division
Texas Bar No. 24105023
Tel.: (512) 475-4072; Fax: (512) 320-0667
cristina.moreno@oag.texas.gov

P.O. Box 12548
Austin, Texas 78711-2548

***Counsel for Defendants Greg Abbott, in his official capacity as Governor of Texas, and Rolando Pablos, in his official capacity as Secretary of State***

>WILLIAM S. CONSOVOY*
>Consovoy McCarthy Park, PLLC
>3033 Wilson Boulevard, Suite 700
>Arlington, Virginia 22201
>Tel.: (703) 243-9423
>
>PATRICK STRAWBRIDGE*
>Consovoy McCarthy Park, PLLC
>Ten Post Office Square PMB, #706
>Boston, Massachusetts 02109
>Tel.: (617) 227-0548
>
>***Counsel for Defendants Greg Abbott, in his official capacity as Governor of Texas, and Rolando Pablos, in his official capacity as Secretary of State***
>
>*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2018, the foregoing *Joint Statement Regarding Mediation* was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service and/or via electronic mail.

>*/s/ María Amelia Calaf*
>María Amelia Calaf