IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.  §<br>§<br>Plaintiffs,  §<br>§<br>v.  §<br>§<br>GREGORY WAYNE ABBOTT, in his  §<br>official capacity as Governor of the State  §<br>of Texas; and ROLANDO PABLOS, in his  §<br>official capacity as Secretary of State of  §<br>the State of Texas,  §<br>Defendants.  § | Civil Action No. 5:18-cv-00175 |

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND SCHEDULING ORDER DEADLINES PENDING RULING ON DEFENDANTS' MOTION TO DISMISS

Before the Court is the parties' Joint Motion to Stay Discovery and Scheduling Order Deadlines Pending Ruling on Defendants' Motion to Dismiss ("Joint Motion"). Having considered the Joint Motion, the Court is of the opinion that the Joint Motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties' Joint Motion is GRANTED. All discovery and all deadlines identified in this Court's May 3, 2018 Scheduling Order (ECF No. 26), as amended on July 23, 2018 (ECF No. 32), are hereby stayed pending a ruling on Defendants' Motion to Dismiss Complaint for Declaratory and Injunctive Relief.

SIGNED this 31st day of August, 2018.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE