UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

League of United Latin American §
Citizens, et al. §
§   NO:  SA:18-CV-00175-DAE
     Plaintiff, §
vs. §
§
Gregory Wayne Abbott, et al. §
§
     Defendant.

## ORDER RESETTING MOTION HEARING

It is hereby ORDERED that the hearing on MOTION to Dismiss Complaint for Declaratory and Injunctive Relief (Dkt no. 21) is reset for **Wednesday, February 13, 2019 at 10:30 AM** before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX

IT IS SO ORDERED.

DATED: San Antonio, Texas February 13, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE