AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
FEB 26 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:18-CV-175-DAE |
| GREGORY WAYNE ABBOTT et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Court GRANTS Defendants' Motion to Dismiss. Court finds Plaintiffs' Fourteenth Amendment "one person, one vote" claim is precluded by binding precedent, that claim is DISMISSED WITH PREJUDICE. Court believes any amendment to Plaintiffs' First Amendment freedom of association and VRA Section 2 claims would be futile—for the reasons discussed in this order—those claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Allen Ezra

Date:  02/26/2019

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*