IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF TEXAS; JOSEPH C. PARKER, Jr.; HECTOR FLORES; SANFORD LEVINSON; YVONNE M. DAVIS; MARY RAMOS; GLORIA RAY; GUADALUPE TORRES; RAY VELARDE; and DORIS WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY WAYNE ABBOTT, in his official capacity as Governor of the State of Texas; and ROLANDO PABLOS, in his official capacity as Secretary of State of the State of Texas,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00175 |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the League of United Latin American Citizens, the League of United Latin American Citizens of Texas, Joseph C. Parker, Jr., Hector Flores, Sanford Levinson, Yvonne M. Davis, Mary Ramos, Gloria Ray, Guadalupe Torres, Ray Valarde, and Doris Williams, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an Order Granting Defendants' Motion to Dismiss, entered in this action on the 25th day of February, 2019 [Docket No. 43], attached hereto as Exhibit A, and the Judgment entered in this action on the 26th day of February, 2019 [Docket No. 44], attached hereto as Exhibit B.

1

DATED: March 13, 2019                                   Respectfully submitted,

| | |
|---|---|
| Luis Roberto Vera, Jr. | David Boies (admitted *pro hac vice*) |
| Texas Bar No. 20546740 | BOIES SCHILLER FLEXNER LLP |
| LULAC NATIONAL GENERAL COUNSEL | 333 Main Street |
| Attorney and Counselor at Law | Armonk, NY 10504 |
| 1325 Riverview Towers | Telephone: (914) 749-8200 |
| 111 Soledad | Facsimile: (213) 629-9022 |
| San Antonio, Texas 78205-2260 | DBoies@bsfllp.com |
| Telephone: (210) 225-3300 | |
| Facsimile: (210) 225-2060 | James P. Denvir, III (admitted *pro hac vice*) |
| lrvlaw@sbcglobal.net | Amy J. Mauser (admitted *pro hac vice*) |
| | Karen L. Dunn (admitted *pro hac vice*) |
| | Lisa Barclay (admitted *pro hac vice*) |
| María Amelia Calaf | Amy L. Neuhardt (admitted *pro hac vice*) |
| Texas State Bar No. 24081915 | Hamish P.M. Hume (admitted *pro hac vice*) |
| Jack A. Simms, Jr. | BOIES SCHILLER FLEXNER LLP |
| Texas State Bar No. 24100378 | 1401 New York Avenue, N.W. |
| Ryan A. Botkin | Washington, D.C.  20005 |
| Texas State Bar No. 00793366 | Telephone: (202) 237-2727 |
| Katherine P. Chiarello | Facsimile: (202) 237-6131 |
| Texas State Bar No. 24006994 | JDenvir@BSFLLP.com |
| Karen S. Vladeck | AMauser@BSFLLP.com |
| Texas State Bar No. 24102899 | KDunn@BSFLLP.com |
| W. Reid Wittliff | LBarclay@BSFLLP.com |
| Texas State Bar No. 00791951 | ANeuhardt@BSFLLP.com |
| Wittliff | Cutter | Austin, PLLC | HHume@BSFLLP.com |
| 1803 West Ave. | |
| Austin, Texas  78701 | Michael D. Hausfeld (*pro hac vice* to be filed) |
| Telephone: (512) 960-4730 | Swathi Bojedla (*pro hac vice* to be filed) |
| Facsimile: (512) 960-4869 | HAUSFELD LLP |
| mac@wittliffcutter.com | 1700 K Street, NW, Suite 650 |
| jack@wittliffcutter.com | Washington, DC 20006 |
| ryan@wittliffcutter.com | Telephone: (202)540-7200 |
| katherine@wittliffcutter.com | Facsimile: (202)540-7201 |
| karen@wittliffcutter.com | mhausfeld@hausfeld.com |
| reid@wittliffcutter.com | sbojedla@hausfeld.com |
| | |
| Randall L. Allen (*pro hac vice* to be filed) | Scott A. Martin (*pro hac vice* to be filed) |
| ALSTON & BIRD LLP | Irving Scher (*pro hac vice* to be filed) |
| 1201 West Peachtree Street | Jeanette Bayoumi (*pro hac vice* to be filed) |
| Atlanta, GA  30309-3424 | HAUSFELD LLP |
| Telephone: (404) 881-7196 | 33 Whitehall Street, 14th Floor |
| Facsimile: (404) 253-8473 | New York, NY 10004 |
| Randall.Allen@alston.com | Telephone: (646)357-1100 |
| | Facsimile: (212)202-4322 |

| | |
|---|---|
| Matt Herrington (*pro hac vice* to be filed)<br>Roger E. Warin (*pro hac vice* to be filed)<br>Joe R. Caldwell, Jr. (*pro hac vice* to be filed)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone:  (202) 429-3000<br>Facsimile:  (202) 429-3902<br>mherrington@steptoe.com<br>rwarin@steptoe.com<br>jcaldwell@steptoe.com<br><br>Mark Guerrero<br>Texas State Bar No. 24032377<br>Mary Whittle<br>Texas State Bar No. 24033336<br>GUERRERO & WHITTLE PLLC<br>114 West 7th Street, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 605-2300<br>Facsimile:  (512) 222-5280<br>mark@gwjustice.com<br>mary@gwjustice.com | smartin@hausfeld.com<br>ischer@hausfeld.com<br>jbayoumi@hausfeld.com<br><br>Jennifer D. Hackett (admitted *pro hac vice*)<br>James R. Martin (admitted *pro hac vice*)<br>Allison M. Vissichelli (admitted *pro hac vice*)<br>ZELLE LLP<br>1775 Pennsylvania Avenue, N.W., Suite 375<br>Washington, D.C.   20009<br>Telephone:  (202) 899-4100<br>Facsimile:  (202) 899-4102<br>jhackett@zelle.com<br>jmartin@zelle.com<br>avissichelli@zelle.com<br><br>Samuel Issacharoff<br>Texas State Bar No. 00785352<br>40 Washington Square South<br>New York, NY 10012<br>Telephone: (212) 998-6580<br>si13@nyu.edu |

By: */s/ María Amelia Calaf*
María Amelia Calaf
Texas State Bar No. 24081915

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2019, the foregoing *Plaintiffs' Notice of Appeal* was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service and/or via electronic mail.

*/s/ María Amelia Calaf*
María Amelia Calaf